United States Court of Appeals
FOR THE EIGHTH CIRCUIT

———————————

No. 97-2446

———————————

| | |
|---|---|
| Evelyn E. Rice; Robert Hohlt, | * |
| | * |
| Appellants, | * |
| | * |
| v. | * |
| | * Appeal from the United States |
| Lesley Borovicka; Cheryl Holland; | * District Court for the |
| Katie Broyles; Ann Deaton; Complete | * Eastern District of Missouri. |
| Health Care, Inc.; Shirley Harrison; | * |
| Mark Anderson; Diane Webb; Kathie | * [UNPUBLISHED] |
| Godsey; Gregory A. Vadner, Director, | * |
| Division of Aging, | * |
| | * |
| Appellees. | * |

———————————

Submitted: December 12, 1997
Filed: December 18, 1997

———————————

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

———————————

PER CURIAM.

Plaintiffs appeal from a final order entered by the District Court[1] dismissing their complaint. For reversal, plaintiffs argue principally that the court misapplied the

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

Rooker-Feldman doctrine and the Colorado River abstention doctrine. Having reviewed the case, we conclude the District Court committed no error of law, nor did it abuse its discretion. For the reasons stated in the District Court's memorandum and order, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.